# EXHIBIT A



# CREDIT REPORT

---

**SHIRLINDA HANNAH**

**Order Confirmation**

██████████████████████████

**Report Confirmation**

████████

# 1. Summary

Review this summary for a quick view of key information contained in your Equifax Credit Report.

**Report Date**            Jun 20, 2017



EQUIFAX    SHIRLINDA HANNAH | Jun 20, 2017    Page 2 of 51

Summary › Revolving › Mortgage › Installment › Other › Statements › Personal Info › Inquiries › Public Records › Collections

## 2.6 SYNCB/CARE CREDIT (CLOSED)

### Summary

Your debt-to-credit ratio represents the amount of credit you're using and generally makes up a percentage of your credit score. It's calculated by dividing an account's reported balance by its credit limit.

| | | | |
|---|---|---|---|
| **Account Number** | | **Reported Balance** | $0 |
| **Account Status** | CHARGE_OFF | **Debt-to-Credit Ratio** | 0% |
| **Available Credit** | $2,200 | | |

The tables below show up to 2 years of the monthly balance, available credit, scheduled payment, date of last payment, high credit, credit limit, amount past due, activity designator, and comments.

### Payment History

View up to 7 years of monthly payment history on this account. The numbers indicated in each month represent the number of days a payment was past due; the letters indicate other account events, such as bankruptcy or collections.

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | ⨯⨯⨯⨯ | ⨯⨯⨯⨯ |
| 2013 | ⨯⨯⨯⨯ | ⨯⨯⨯⨯ | ⨯⨯⨯⨯ | ⨯⨯⨯⨯ | 30 | 60 | 90 | 120 | 150 | CO | CO | CO |
| 2012 | ⨯⨯⨯⨯ | ⨯⨯⨯⨯ | ⨯⨯⨯⨯ | ⨯⨯⨯⨯ | ⨯⨯⨯⨯ | ⨯⨯⨯⨯ | ⨯⨯⨯⨯ | ⨯⨯⨯⨯ | ⨯⨯⨯⨯ | ⨯⨯⨯⨯ | ⨯⨯⨯⨯ | ⨯⨯⨯⨯ |
| 2011 | ⨯⨯⨯⨯ | ⨯⨯⨯⨯ | ⨯⨯⨯⨯ | ⨯⨯⨯⨯ | ⨯⨯⨯⨯ | ⨯⨯⨯⨯ | ⨯⨯⨯⨯ | ⨯⨯⨯⨯ | ⨯⨯⨯⨯ | ⨯⨯⨯⨯ | ⨯⨯⨯⨯ | ⨯⨯⨯⨯ |

| | | | | | |
|---|---|---|---|---|---|
| ✓ Paid on Time | **30** 30 Days Past Due | **60** 60 Days Past Due | **90** 90 Days Past Due | **120** 120 Days Past Due |
| **150** 150 Days Past Due | **180** 180 Days Past Due | **V** Voluntary Surrender | **F** Foreclosure | **C** Collection Account |
| **CO** Charge-Off | **B** Included in Bankruptcy | **R** Repossession | **TN** Too New to Rate | ⨯⨯⨯⨯ No Data Available |

### Account Details

View detailed information about this account. Contact the creditor or lender if you have any questions about it.

| | | | |
|---|---|---|---|
| **High Credit** | | **Owner** | INDIVIDUAL |
| **Credit Limit** | $2,200 | **Account Type** | REVOLVING |
| **Terms Frequency** | UNKNOWN | **Term Duration** | 0 |
| **Balance** | $0 | **Date Opened** | Sep 28, 2011 |

EQUIFAX — SHIRLINDA HANNAH | Jun 20, 2017 — Page 18 of 51

Summary › Revolving › Mortgage › Installment › Other › Statements › Personal Info › Inquiries › Public Records › Collections

| | | | |
|---|---|---|---|
| **Amount Past Due** | | **Date Reported** | Dec 22, 2014 |
| **Actual Payment Amount** | $25 | **Date of Last Payment** | Jun 01, 2013 |
| **Date of Last Activity** | | **Scheduled Payment Amount** | |
| **Months Reviewed** | 38 | **Delinquency First Reported** | Oct 01, 2013 |
| **Activity Designator** | TRANSFER_OR_SOLD | **Creditor Classification** | UNKNOWN |
| **Deferred Payment Start Date** | | **Charge Off Amount** | $1,394 |
| **Balloon Payment Date** | | **Balloon Payment Amount** | |
| **Loan Type** | Charge Account | **Date Closed** | |
| **Date of First Delinquency** | May 01, 2013 | | |

## Comments

Charged off account

## Contact

SYNCB/CARE CREDIT
PO Box 965036
Orlando, FL  32896-5036
1-866-396-8254

EQUIFAX | SHIRLINDA HANNAH | Jun 20, 2017 | Page 19 of 51

Summary › Revolving › Mortgage › Installment › Other › Statements › Personal Info › Inquiries › Public Records › Collections

# EXHIBIT B

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
FIRST MUNICIPAL DISTRICT

Cavalry SPV I, LLC, )
  ) 17M1  109718
  Plaintiff, )
  ) No.
vs. )
  ) Return Date: MAY 05 2017
SHIRLINDA HANNAH, )
  )
  Defendant. ) Amount Claimed: $3,211.33, Plus court Costs

## SMALL CLAIMS COMPLAINT

NOW COMES the Plaintiff, Cavalry SPV I, LLC, by and through their attorneys, Shindler & Joyce, and complaining of the Defendant(s), states as follows:

1. The Defendant(s) SHIRLINDA HANNAH, opened a credit card or line of credit account on 09/28/2011 whereby Defendant(s) received a credit card or line of credit and could charge goods and services to their account and receive cash advances.

2. The Defendant(s) subsequently defaulted by failing to pay for the indebtedness incurred resulting in the balance due in the amount of $3,211.33.

3 For valuable consideration, Cavalry SPV I, LLC is the assignee and bona fide owner of all right title and interest to defendant's account.

4. Due demand has been made on the Defendant(s) to pay the amount(s) due and owing and the Defendant(s) has failed to do so.

WHEREFORE, Plaintiff prays for judgment against the Defendant(s) for $3,211.33 plus court costs.

SHINDLER & JOYCE
1990 E. Algonquin Rd Suite 180
Schaumburg, IL 60173
(847) 537-1000
Cook County #: 27053
DuPage County#: 21020
ARDC #: 6202882
keith@shindlerlaw.com

_ Keith Shindler # 6202882
✓ Michael Joyce # 6298460
_ Evelina Maziarz # 6309634
_ Jeffrey Miszczyszyn # 6290259
_ Keith Barnstein # 6299044

THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION
WILL BE USED FOR THAT PURPOSE.



357725

# AFFIDAVIT OF CLAIM

STATE OF NEW YORK ) 
                            ) SS 
COUNTY OF WESTCHESTER )

RE: Cavalry SPV I, LLC, as assignee of GE Capital Retail Bank/Care Credit

vs.

SHIRLINDA HANNAH

I, Yahaira Rodriguez, being duly sworn on oath, depose and say:

1. I am employed by Cavalry Portfolio Services, LLC ("CPS"). CPS performs collection services for Cavalry SPV I, LLC ("Plaintiff"). I am an authorized agent for Plaintiff and am a competent person more than eighteen years of age. I am authorized to make this affidavit for Plaintiff.

2. I am familiar with the manner and method by which CPS and Plaintiff create and maintain business records pertaining to the Account as defined below.

3. In the normal course of business, CPS and Plaintiff maintain computerized account records and documents for account holders. CPS and Plaintiff maintain such records in the ordinary and routine course of business and it is their regular business practice to accurately record any business act, condition or event onto the computer record maintained for the accounts, with the entries made at or very near the time of any such occurrence.

4. I have access to and have reviewed the applicable records of CPS and Plaintiff as they relate to the Account, and I make this Affidavit based upon information from that review. Information contained in those records reflects the following:

    a. That the Account was purchased by Cavalry SPV I, LLC on or about 11/26/2014 from Synchrony Bank. Prior to Cavalry SPV I, LLC's ownership of the account, the creditor was GE Capital Retail Bank/Care Credit.

    b. That the Defendant, SHIRLINDA HANNAH, the account holder(s), opened an account on 09/28/2011, which account was charged off on 10/30/2013 (the "Account").

    c. That as of 02/09/2017, the records of CPS and Plaintiff show that the defendant owed a balance of $3,211.33.

    d. That the Defendant is not an infant or incompetent.

5. Based on a review of the Department of Defense database, the Defendant is not an active member of the United States Armed Forces.
6. I certify under oath that to the best of my knowledge the above statements are true and correct.

Subscribed and sworn to before me on 03/15/2017

_____ 
Legal Administrator

_____ 
Notary Public, State of New York

IL-SHINDLER AND JOYCE 
19366624

Eileen Fitzgerald 
Notary Public - State of New York 
No. 01FI6349490 
Qualified in Westchester County 
Commission Expires October 17, 2020